IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY HOGAN | § | PLAINTIFF |
| | § | |
| v. | § Civil No. 1:18cv153-HSO-JCG | |
| | § | |
| CLIFTON WALLACE, *et al.* | § | DEFENDANTS |

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith and its previous Orders [24], [33],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Timothy Hogan's claims in this civil action are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of December, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1